# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CIONJA WEST,<br>　　　　　　**Plaintiff,**<br><br>v.<br><br>GLOBAL LENDING SERVICES, LLC, et al.,<br>　　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  24CV6726 |

## ORDER

**AND NOW**, this 28th day of May, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 33) and all replies and responses thereto (ECF Nos. 35, 38), it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED** as follows:

1. Plaintiff's Third Amended Complaint (ECF No. 30) is **DISMISSED WITH PREJUDICE** as to her claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681b, *et seq.*; the Gramm-Leach-Bliley Act, 15 U.S.C. §§ 6801-6809; and, the California Consumer Privacy Act, Cal. Civ. Code § 1798, *et seq.*

2. Plaintiff's Third Amended Complaint (ECF No. 30) is **DISMISSED WITHOUT PREJUDICE** in all other respects.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*s/* **WENDY BEETLESTONE**

　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**