**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CIONJA WEST,** <br>       **Plaintiff,** <br><br>    **v.** <br><br> **GLOBAL LENDING SERVICES, LLC,** <br>       **Defendant.** | **CIVIL ACTION** <br><br><br><br><br> **NO.  24CV6726** |

## ORDER

**AND NOW**, this 19th day of February, 2026, upon consideration of Defendant's Motion

to Dismiss (ECF No. 45) and Plaintiff's Response in Opposition thereto (ECF No. 46), it is

**HEREBY ORDERED** that Defendant's Motion is **GRANTED**.  Plaintiff's Fourth Amended

Complaint (ECF No. 42) is **DISMISSED WITH PREJUDICE**.

The **CLERK OF COURT** is instructed to **TERMINATE** this matter.


                        **BY THE COURT:**


                        **S/ WENDY BEETLESTONE**

                        **WENDY BEETLESTONE, J.**